943 A.2d 261

COMMONWEALTH of Pennsylvania, Appellee,

v.

Eric EISEN, Appellant.

Supreme Court of Pennsylvania.

Argued March 5, 2008.

Decided March 24, 2008.

James Brandon Lieber, Pittsburgh, for Eric Eisen.

Ronald Michael Wabby, Jr., Pittsburgh, for Com. of Pennsylvania.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice TODD did not participate in the consideration or decision of this case.